**STATE of Missouri, Respondent,**

v.

**Ronald HEWITT, Appellant.**

**No. WD 44187.**

Missouri Court of Appeals,
Western District.

Oct. 8, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1991.

Application to Transfer Denied
Jan. 28, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., FENNER, P.J., and ULRICH, J.

### ORDER

PER CURIAM:

Appeal from convictions of robbery in the first degree, § 569.020, RSMo 1986, two counts of armed criminal action, § 571.015, RSMo 1986, and assault in the second degree, § 565.060, RSMo 1986, and

from sentences totaling fifteen years' imprisonment.

Judgment affirmed. Rule 30.25(b).